UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | EDGAR/CARTER |
| | ) | |
| v. | ) | Case No. 1:04-cr-188 |
| | ) | Mag. No. 1:04-mj-420 |
| DARRIN T. WEBB | ) | |

MEMORANDUM & ORDER
ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of defendant DARRIN T. WEBB on the second superseding indictment returned by the Grand Jury was held before the undersigned on April 25, 2005.

Those present for the hearing included:

(1) AUSA Gary Humble for the USA.
(2) The defendant, DARRIN T. WEBB.
(3) Attorney Fielding Atchley for defendant.
(4) Courtroom Deputy Pam Scott

After being sworn in due form of law, the defendant was informed or reminded of his/her privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution.

The person present was the defendant named in the second superseding indictment.

The defendant acknowledged having been provided with a copy of the second superseding indictment and acknowledged having the opportunity of reviewing the second superseding indictment with counsel.

The defendant waived a formal reading of the second superseding indictment in open court. The defendant entered not guilty pleas to each count of the second superseding indictment.

Presently, the case is assigned the dates set forth in a separate Modified Discovery and Scheduling Order.

ENTER.

                                        s/William B. Mitchell Carter
                                        UNITED STATES MAGISTRATE JUDGE